[No. 21168-4-I.   Division One.   June 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CALVIN WARNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-8-04012-9, Patricia H. Aitken, J., entered

October 9, 1987. *Dismissed* by unpublished per curiam opinion.